FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

SEP 11 2024

TAMMY H. DOWNS, CLERK
By: _____
DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 4:24-CR 00170 KGB |
| vs. | ) | |
| | ) | |
| CHRISTOPHER ALAN KNIGHT | ) | 18 U.S.C. § 922(a)(5) |
| JAMES WILSON BARRETT, aka Iceman | ) | 18 U.S.C. § 371 |
| AMBER VICTORIA KOCH | ) | |
| MYLES SHANE MAULTSBY, aka Infant | ) | |
| DENNIS R. BAILEY | ) | |
| ELVIN ANDERSON III | ) | |
| LORENSO ANTIONUS SPENCER | ) | |
| DANYELLE SHANNON DOTSON | ) | |

**INDICTMENT**

THE GRAND JURY CHARGES THAT:

**COUNT ONE**

From in or about May 2020 through in or about March 2023, in the Eastern District of

Arkansas and elsewhere, the defendants,

CHRISTOPHER ALAN KNIGHT,
JAMES WILSON BARRETT, aka Iceman,
AMBER VICTORIA KOCH,
MYLES SHANE MAULTSBY, aka Infant,
DENNIS R. BAILEY,
ELVIN ANDERSON III,
LORENSO ANTIONUS SPENCER, and
DANYELLE SHANNON DOTSON,

knowingly, voluntarily, and intentionally joined in an agreement with one another, and others

known and unknown to the Grand Jury, to willfully transfer, trade, give, transport, and deliver

firearms to a person other than a licensed importer, licensed manufacturer, licensed dealer, and

licensed collector of firearms, knowing and with reasonable cause to believe, that said person was

not then residing in the state of Arkansas, in violation of Title 18, United States Code, Sections

922(a)(5) and 2.



Objects of the Conspiracy

The objects of the conspiracy were to be accomplished, in substance, as follows:

A.      CHRISTOPHER ALAN KNIGHT and AMBER VICTORIA KOCH, residents of Arkansas, purchased firearms in the state of Arkansas for the purpose of transporting and causing firearms to be transported to other states including Texas, Oklahoma, Louisiana, and California. CHRISTOPHER ALAN KNIGHT and AMBER VICTORIA KOCH delivered firearms to JAMES WILSON BARRETT, a resident of California, for sale, distribution, and profit. MYLES SHANE MAULTSBY, aka Infant, DENNIS R. BAILEY, ELVIN ANDERSON III, LORENSO ANTIONUS SPENCER, and DANYELLE SHANNON DOTSON, all residents of California, transferred money, including via CashApp, Zelle, and MoneyGram, to CHRISTOPHER ALAN KNIGHT and AMBER VICTORIA KOCH for the purposes of obtaining firearms.

B.      CHRISTOPHER ALAN KNIGHT, JAMES WILSON BARRETT, aka Iceman, AMBER VICTORIA KOCH, MYLES SHANE MAULTSBY, aka Infant, DENNIS R. BAILEY, ELVIN ANDERSON III, LORENSO ANTIONUS SPENCER, and DANYELLE SHANNON DOTSON, did not have a federal firearms license.

Overt Acts

In furtherance of the conspiracy and to effect the objects thereof, the following overt acts, among others, were committed in the Eastern District of Arkansas and elsewhere, on or about the dates set forth herein.

1.      On June 4, 2020, CHRISTOPHER ALAN KNIGHT texted JAMES WILSON BARRETT, "These are double stack 9mm CZ one is Brand new the other has got a treaded barrel .. I also have a glock 40 cal. How many tools you wanting?? Cuz that's all my guys has .. ppl buying the like crazy .. I can get more glocks but have to go to a few other places.. I'll give them to you for cost but for me to deliver will be $4 a mile one way.. Need to know how Many you

looking for and if your interested in the tool's I just sent." CHRISTOPHER ALAN KNIGHT then sent photographs of three pistols. JAMES WILSON BARRETT responded, "10" and "I won't [sic] all those then." CHRISTOPHER ALAN KNIGHT replied, "You want the 3 I sent you pix of and7 more correct?" JAMES WILSON BARRETT responded, "Yep" and "What's the ticket on the 1ˢᵗ 3?" CHRISTOPHER ALAN KNIGHT responded, "10/4 let me get on the ball and find some more.. I got all 3 for 1500." Later, JAMES WILSON BARRETT responds, "How many miles are we looking at." CHRISTOPHER ALAN KNIGHT responded, "What's your dad's address or whatever address I'm gonna be goin to." JAMES WILSON BARRETT responds with an address in Humble, Texas. Later that day, JAMES WILSON BARRETT texted CHRISTOPHER ALAN KNIGHT, "I totally get it just have to check with these nuckle heads and let them know the ticket."

2.   On July 1, 2020, CHRISTOPHER ALAN KNIGHT texted JAMES WILSON BARRETT, "Hey what day was you gonna send me that cash?" On July 2, 2020, JAMES WILSON BARRETT responded, "Whats my total again?" CHRISTOPHER ALAN KNIGHT responded, "For the 3 1500." On July 21, 2020, CHRISTOPHER ALAN KNIGHT texted JAMES WILSON BARRETT, "Hey brother ima need that cash for them 3 power tools." On July 22, 2020, JAMES WILSON BARRETT responded, "Hey lil bro my bad give me a call when you can and I'll have something for you today."

3.   On July 23, 2020, JAMES WILSON BARRETT sent CHRISTOPHER ALAN KNIGHT $500 on CashApp.

4.   On August 13, 2020, MYLES SHANE MAULTSBY sent CHRISTOPHER ALAN KNIGHT $805 on CashApp.

5.   On August 13, 2020, JAMES WILSON BARRETT texted CHRISTOPHER ALAN KNIGHT, "Hey brotha hope all is well, just wanted you to know I haven't forgotten about you I'm

going to shot some more around the 24th of this month. Love ya."

6.      On August 16, 2020, JAMES WILSON BARRETT sent CHRISTOPHER ALAN KNIGHT $500 on Zelle.

7.      On August 29, 2020, JAMES WILSON BARRETT texted CHRISTOPHER ALAN KNIGHT, "Hey bro just sent you 1500 let me know when you get it." On August 29, 2020, JAMES WILSON BARRETT sent CHRISTOPHER ALAN KNIGHT $1,500 on CashApp.

8.      On August 30, 2020, JAMES WILSON BARRETT sent CHRISTOPHER ALAN KNIGHT $500 on CashApp.

9.      On September 1, 2020, CHRISTOPHER ALAN KNIGHT mailed Glock switches to JAMES WILSON BARRETT in California.  A Glock switch is a device that converts a semi-automatic firearm to a fully automatic firearm.

10.     On September 8, 2020, CHRISTOPHER ALAN KNIGHT texted JAMES WILSON BARRETT four photographs of pistols and then stated "And got 12 more of them tools in today to."  Later that day, JAMES WILSON BARRETT texted CHRISTOPHER ALAN KNIGHT, "So you have 9 total?"  CHRISTOPHER ALAN KNIGHT responded, "I have 7 .. not counting the ones you already are paying on."

11.     On September 9, 2020, JAMES WILSON BARRETT texted CHRISTOPHER ALAN KNIGHT, "Hey how many of the custom 21's do you have?"  CHRISTOPHER ALAN KNIGHT responded, "Just one."  JAMES WILSON BARRETT responded, "Hold that one for sure please and imma get at least 3 more."  CHRISTOPHER ALAN KNIGHT responded, "Ok start sending money .. so I can Restock before I leave for work next Thursday .. as much as possible anyways."

12.     On September 19, 2020, CHRISTOPHER ALAN KNIGHT texted JAMES WILSON BARRETT, "Do you for sure want the custom Glock 21? For 850?"  JAMES WILSON

BARRETT responded, "Absolutely." CHRISTOPHER ALAN KNIGHT texted, "10-4 just making sure .. I got people buying guns left and right and I'm not even to the job yet."

13.     On October 23, 2020, CHRISTOPHER ALAN KNIGHT texted JAMES WILSON BARRETT, "Hey brother so what do you thinking on getting these tools to you.. I'm really needing that cash." CHRISTOPHER ALAN KNIGHT then texted a photograph of a pistol with a visible serial number of 641-49456. The pistol was traced by the ATF and was purchased by CHRISTOPHER ALAN KNIGHT on August 31, 2020, from Buchanon Accuracy in Mountain View, Arkansas. CHRISTOPHER ALAN KNIGHT also texted, "G21-850, G22-660, Ruger 5.7x28 – 700- with ammo."

14.     On October 24, 2020, CHRISTOPHER ALAN KNIGHT texted JAMES WILSON BARRETT, "Hey you want the 5.7? Reason I'm asking I have someone else hitting me up about it .. but I talked to you about it first."

15.     On October 29, 2020, CHRISTOPHER ALAN KNIGHT texted JAMES WILSON BARRETT, "Hey bro the complete total is 4210 .. if you have me 4000 when I see ya we will be squared away .. that way I can pay for my daughters headstone .. and don't have to worry about any gas money or nothing like that." On November 4, 2020, JAMES WILSON BARRETT texted CHRISTOPHER ALAN KNIGHT, "Hey bro sorry for the delay response, got a lot going on, but I should have all the bread in the next couple of days and I'm going to send it to you, then will figure out when imma come that way, and it looks like sometime after the 9th which is the funeral service."

16.     On November 12, 2020, JAMES WILSON BARRETT texted CHRISTOPHER ALAN KNIGHT, "Hey little bro just sent 2200 will the right behind it. I really appreciate your patience, and sorry for the inconvenience." On November 12, 2020, JAMES WILSON BARRETT sent CHRISTOPHER ALAN KNIGHT $2,200 on CashApp.

17.     On December 1, 2020, JAMES WILSON BARRETT texted CHRISTOPHER ALAN KNIGHT, "hey bro what day and time do you think you'll make it to Shreveport." On December 2, 2020, CHRISTOPHER ALAN KNIGHT texted JAMES WILSON BARRETT, "I plan on leaving around 5am..headed to Shreveport!! Should be there around 11." On December 3, 2020, CHRISTOPHER ALAN KNIGHT and AMBER VICTORIA KOCH transported or delivered firearms to JAMES WILSON BARRETT in Louisiana.  On December 3, 2020, CHRISTOPHER ALAN KNIGHT texted AMBER VICTORIA KOCH, "thanks for going with me today." AMBER VICTORIA KOCH responds, "Absolutely, anytime (kissy face emoji)! I didn't want you to have to drive that alone. I know you could have, but I'm glad you didn't. (tongue out emoji)."

18.     On December 8, 2020, DENNIS BAILEY texted CHRISTOPHER ALAN KNIGHT, "Hey Chris I have a couple glock 19's."

19.     On December 10, 2020, at 8:50p.m., CHRISTOPHER ALAN KNIGHT texted JAMES WILSON BARRETT, "Hey I can get my hands on 2 g19 one a gen 2 one a gen 4 575 and 625." At 8:52p.m., JAMES WILSON BARRETT responded, "can you get pictures?"  At 8:54p.m., CHRISTOPHER ALAN KNIGHT texted DENNIS BAILEY, "Hey can you send me pix of the glocks please may have a buyer."

20.     On December 14, 2020, at 2:02p.m., DENNIS BAILEY texted CHRISTOPHER ALAN KNIGHT two photographs of three unidentifiable Glock pistols.   At 2:03p.m., CHRISTOPHER ALAN KNIGHT sent the photographs of the Glock pistols to JAMES WILSON BARRETT.   At 3:38p.m., CHRISTOPHER ALAN KNIGHT texted JAMES WILSON BARRETT, "want them?" At 5:19p.m., JAMES WILSON BARRETT responded, "Absolutely." At 5:28p.m., CHRISTOPHER ALAN KNIGHT texted DENNIS BAILEY, "Ima come Get them tomorrow."

21.     On January 2, 2021, JAMES WILSON BARRETT texted CHRISTOPHER ALAN KNIGHT, "Happy new year lil bro, hey if you come across another ruger 57 grab it for me I want it."

22.     On January 5, 2021, JAMES WILSON BARRETT texted CHRISTOPHER ALAN KNIGHT, "Hey bro one more for the list G-42."

23.     On January 13, 2021, JAMES WILSON BARRETT texted CHRISTOPHER ALAN KNIGHT that he wanted "2-40s, the 2-9s, R-57, Draco if possible, G-23."

24.     On January 14, 2021, JAMES WILSON BARRETT texted CHRISTOPHER ALAN KNIGHT he wanted "another 57."

25.     On January 14, 2021, CHRISTOPHER ALAN KNIGHT texted JAMES WILSON BARRETT "Do you want the Glock M19x or no." JAMES WILSON BARRETT responded, "yes."

26.     On January 14, 2021, AMBER VICTORIA KOCH purchased a Glock M19x and a Ruger R-57 at Bob's Guns and Sporting Goods in Mountain Home, Arkansas, which was confirmed by ATF Form 4473.

27.     On January 15, 2021, JAMES WILSON BARRETT sent CHRISTOPHER ALAN KNIGHT a photograph of a firearm consistent of a mini-Draco stating, "That one."

28.     On January 15, 2021, CHRISTOPHER ALAN KNIGHT purchased a Century Arms mini-Draco at Buchanan Accuracy in Mountain View, Arkansas, which was confirmed by ATF Form 4473.

29.     On January 15, 2021, CHRISTOPHER ALAN KNIGHT purchased a Glock G19X and a Springfield Hell Cat at Bob's Guns and Sporting Goods in Mountain Home, Arkansas, which was confirmed by ATF Form 4473.

30.     On January 15, 2021, CHRISTOPHER ALAN KNIGHT texted JAMES WILSON BARRETT, "picked up a Glock 19x glock 23 and the draco today."

31.     On January 16, 2021, JAMES WILSON BARRETT texted CHRISTOPHER ALAN KNIGHT, "Hey don't forget about the kel tec pmr30."

32.     On January 16, 2021, CHRISTOPHER ALAN KNIGHT texted JAMES WILSON BARRETT, "Picked up 2 Glock 40s and an PMR 30 today . . ."

33.     On January 16, 2021, CHRISTOPHER ALAN KNIGHT purchased a Kel-Tec PMR 30 from Don's Weaponry in North Little Rock, Arkansas, which was confirmed by ATF Form 4473.

34.     On January 20, 2021, CHRISTOPHER ALAN KNIGHT transported and caused firearms to be transported to JAMES WILSON BARRETT in Texas.

35.     On January 22, 2021, JAMES WILSON BARRETT texted CHRISTOPHER ALAN KNIGHT the following list of firearms, "2-G-23s, 2-G-27s, 1-G-21, 2-G-19s, 2-380s and all the R-57s you can find."

36.     On January 28, 2021, AMBER VICTORIA KOCH purchased a Ruger LCP 380 and two Glock 19s at Bob's Guns and Sporting Goods in Mountain Home, Arkansas, which was confirmed by ATF Form 4473.

37.     On January 28, 2021, CHRISTOPHER ALAN KNIGHT texted JAMES WILSON BARRETT, "G-27-675, G-19-660, G-19-660, Ruger stainless 380-375, That's it for now .. I have another 380 but can't pick it up till Saturday.. and still on the look out for the rest..all are new so far."

38.     On February 3, 2021, AMBER VICTORIA KOCH purchased a Ruger 380 pistol from Buchanan Accuracy in Mountain View, Arkansas, which was confirmed by ATF Form 4473.

39.     On February 10, 2021, CHRISTOPHER ALAN KNIGHT transported and caused firearms to be transported to JAMES WILSON BARRETT in Texas.

40.     On February 11, 2021, JAMES WILSON BARRETT sent CHRISTOPHER ALAN KNIGHT two payments of $2,800 and $200 on CashApp.

41.     On May 2, 2021, JAMES WILSON BARRETT texted CHRISTOPHER ALAN KNIGHT, "3-19s, 2-27s, 2-23s, 3-38s, 2-357 (snub), 2-22s, 2-45s. Oh yeah and 2-380s same as last. And if you can find one a 12" AR."

42.     On May 6, 2021, AMBER VICTORIA KOCH purchased two Smith and Wesson .38 special revolvers from Orscheln Farm and Home in Mountain Home, Arkansas, which was confirmed by ATF Form 4473.

43.     On May 6, 2021, AMBER VICTORIA KOCH purchased two Ruger LCP 380s and one Glock 22 from Bob's Guns and Sporting Goods in Mountain Home, Arkansas, which was confirmed by ATF Form 4473.

44.     On May 8, 2021, CHRISTOPHER ALAN KNIGHT purchased three Glock 19s from Bob's Guns and Sporting Goods in Mountain Home, Arkansas, which was confirmed by ATF Form 4473.

45.     On May 8, 2021, CHRISTOPHER ALAN KNIGHT texted JAMES WILSON BARRETT, "3-Glock 19, 2 Glock 22, 2-Glock 23, 2 Smith&Wesson 38 SPL, 1 Ruger LCP 380, 1 Ruger LCP 380."

46.     On May 12, 2021, JAMES WILSON BARRETT texted CHRISTOPHER ALAN KNIGHT, "Hey bro if possible I need one more 5.7."

47.     On May 13, 2021, AMBER VICTORIA KOCH purchased a Ruger 57 from Bob's Guns and Sporting Goods in Mountain Home, Arkansas, which was confirmed by ATF Form 4473.

48.     On May 14, 2021, JAMES WILSON BARRETT sent CHRISTOPHER ALAN

KNIGHT $2,000 on Cash App.

49.    On May 15, 2021, AMBER VICTORIA KOCH purchased two Anderson MFG AM-15 receivers from Don's Weaponry in North Little Rock, Arkansas, which was confirmed by ATF Form 4473.

50.    On May 16, 2021, JAMES WILSON BARRETT sent CHRISTOPHER ALAN KNIGHT $2,000 on CashApp.

51.    On May 20, 2021, JAMES WILSON BARRETT texted CHRISTOPHER ALAN KNIGHT, "How's the 2 ar and 5.7 coming?"  On May 20, 2021, CHRISTOPHER ALAN KNIGHT responded, "She just picked up the last 5.7 and should have the rest of the components today for the ars .. once I get them together I'll send a pic and price and if you want a red dot I'll get one of them as well .. not gonna lie them ars are gonna be bad ass."

52.    On May 22, 2021, JAMES WILSON BARRETT sent CHRISTOPHER ALAN KNIGHT $2,215 on CashApp.

53.    On May 23, 2021, CHRISTOPHER ALAN KNIGHT texted JAMES WILSON BARRETT, "Got the second one done!!! Man they are bad ass I really like these builds I did for you." CHRISTOPHER ALAN KNIGHT then texted JAMES WILSON BARRETT a photograph of an AR-15 style firearm.

54.    On May 26, 2021, JAMES WILSON BARRETT sent CHRISTOPHER ALAN KNIGHT $2,000 on CashApp.

55.    On June 1, 2021, JAMES WILSON BARRETT texted CHRISTOPHER ALAN KNIGHT, "Hey I just figured something out, I sent 1900 to my boy by zelle and he's going to cash app you right now, let me know when you get it bro."

56.    On June 1, 2021, LORENSO ANTIONUS SPENCER sent CHRISTOPHER ALAN KNIGHT $1,900 on CashApp.

57.    On June 1, 2021, CHRISTOPHER ALAN KNIGHT texted JAMES WILSON BARRETT, "I'll have a total of 19 tools coming to ya."

58.    On June 2, 2021, AMBER VICTORIA KOCH purchased two Ruger 57s from Alpha Romeo Tactical in Siloam Springs, Arkansas, which was confirmed by ATF Form 4473.

59.    On June 2, 2021, CHRISTOPHER ALAN KNIGHT texted JAMES WILSON BARRETT and told him, "ok she is still on schedule to mee[t] between 3 and 330." Then CHRISTOPHER ALAN KNIGHT texted, "It's gonna be around 345 now .. she had a little delay at the store .. but all good and rolling again."

60.    On June 2, 2021, CHRISTOPHER ALAN KNIGHT and AMBER VICTORIA KOCH transported or caused firearms to be transported to JAMES WILSON BARRETT in Texas.

61.    On June 7, 2021, JAMES WILSON BARRETT sent CHRISTOPHER ALAN KNIGHT $2,020 on CashApp.

62.    On July 18, 2021, JAMES WILSON BARRETT texted CHRISTOPHER ALAN KNIGHT, "Hey bud how's it going, hope all is good with you and the family, gotta new list I'd like you to start. 2-G-17's, 2-G-19's, 1-380 And anything else you may think I want, wanting to get around 14 to 16 new tools when I see you again." CHRISTOPHER ALAN KNIGHT responded, "10:4 I'll get on the hunt."

63.    On July 20, 2021, CHRISTOPHER ALAN KNIGHT texted JAMES WILSON BARRETT, "Any 5.7?" JAMES WILSON BARRETT texted CHRISTOPHER ALAN KNIGHT, "Yep, start with 2." CHRISTOPHER ALAN KNIGHT texted JAMES WILSON BARRETT, "Black on black hammerless 38spl?"

64.    On July 20, 2021, AMBER VICTORIA KOCH purchased a Ruger 57 from Orscheln Farm and Home in Mountain Home, Arkansas, which was confirmed by ATF Form 4473.

65.    On July 20, 2021, AMBER VICTORIA KOCH purchased a Ruger LCR 38 special from Bob's Guns and Sporting Goods in Mountain Home, Arkansas, which was confirmed by ATF Form 4473.

66.    On July 26, 2021, CHRISTOPHER ALAN KNIGHT texted JAMES WILSON BARRETT, "Ok so you want 2 g19, 2g 17 or something close to them" and "Iv already got one 5.7 and one 38 snub." JAMES WILSON BARRETT responds, "Yes sir" and "list will grow."

67.    On July 28, 2021, CHRISTOPHER ALAN KNIGHT texted JAMES WILSON BARRETT, "Picking up 2-17 and 2-19 today .. you want another hammerless 38" and "Ok so far I have 2-19, 2-17, one 5.7 and one 380 .. .. I'll get you a grand total later this evening." JAMES WILSON BARRETT texted CHRISTOPHER ALAN KNIGHT, "Hey did I order some 23s huh." CHRISTOPHER ALAN KNIGHT responded, "No sir." JAMES WILSON BARRETT replied, "Ok add 2 of those please."

68.    On July 28, 2021, AMBER VICTORIA KOCH purchased two Glock G-17s and one Glock G-19 from Bob's Guns and Sporting Goods in Mountain Home, Arkansas, which was confirmed by ATF Form 4473.

69.    On July 28, 2021, AMBER VICTORIA KOCH purchased a Ruger 57 from Orscheln Farm and Home in Mountain Home, Arkansas, which was confirmed by ATF Form 4473.

70.    On July 28, 2021, AMBER VICTORIA KOCH purchased a Ruger 380 from Buchanan Accuracy in Mountain View, Arkansas, which was confirmed by ATF Form 4473.

71.    On August 3, 2021, CHRISTOPHER ALAN KNIGHT texted JAMES WILSON BARRETT, "Oh lol ok so 2 g23 and what's the other 2." JAMES WILSON BARRETT responded, "Hey bro add a G-27 please."

72.    On August 6, 2021, CHRISTOPHER ALAN KNIGHT purchased a Glock G27 and a Glock G23 from DNW Outdoors in Jonesboro, Arkansas, which was confirmed by ATF Form

4473.

73.     On August 9, 2021, JAMES WILSON BARRETT texted CHRISTOPHER ALAN KNIGHT, "Hey bro if possible 2 more 380s please."  Then, "Good morning bro, if you can get one more G-27 I'd appreciate it."

74.     On August 10, 2021, AMBER VICTORIA KOCH texted JAMES WILSON BARRETT, "Hey Ice, this Amber. Here is a hotel that's close to that iHop we met at."  AMBER VICTORIA KOCH sent a photograph of a hotel located in Allen, Texas.

75.     On August 12, 2021, CHRISTOPHER ALAN KNIGHT purchased one Kel-Tec PMR-30, two Ruger .380s, and one Smith and Wesson 38 special revolver from Unlimited Firearms and Outfitters in Cabot, Arkansas, which was confirmed by ATF Form 4473.

76.     On August 12, 2021, CHRISTOPHER ALAN KNIGHT purchased one Kel-Tec PMR-30, one Springfield Hellcat, one Glock-27, and two Ruger 57s from Fort Thompson Sporting Goods in Sherwood, Arkansas, which was confirmed by ATF Form 4473.

77.     On August 12, 2021, CHRISTOPHER ALAN KNIGHT purchased one Glock-23 from Don's Weaponry in North Little Rock, Arkansas, which was confirmed by ATF Form 4473.

78.     On August 12, 2021, CHRISTOPHER ALAN KNIGHT texted JAMES WILSON BARRETT, "I found a kel-tec PMR30 for 674.95. You was wanting one of them a while back .. it's a 22 mag that holds 30 rounds .. you want it .. no mark up from me.. "Order complete!! And that's your grant total. Also I picked up 2 more 5.7 and found another PMR 30."  CHRISTOPHER ALAN KNIGHT then texted JAMES WILSON BARRETT, "Ok now your order is complete again lol. G23 725 New grand total is $12,623.26."

79.     On August 12, 2021, JAMES WILSON BARRETT sent CHRISTOPHER ALAN KNIGHT $2,500 on CashApp.

80.     On August 13, 2021, CHRISTOPHER ALAN KNIGHT texted JAMES WILSON BARRETT, "Are you at the hotel she sent you?" JAMES WILSON BARRETT responded, "Yes sir." On August 13, 2021, CHRISTOPHER ALAN KNIGHT and AMBER VICTORIA KOCH transported and caused firearms to be transported to JAMES WILSON BARRETT in Texas.

81.     On August 13, 2021, JAMES WILSON BARRETT sent CHRISTOPHER ALAN KNIGHT $2,500 on CashApp.

82.     On August 13, 2021, MYLES SHANE MAULTSBY sent $805 to CHRISTOPHER ALAN KNIGHT on Venmo with the note "Thanks for the job."

83.     On August 14, 2021, CHRISTOPHER ALAN KNIGHT purchased twelve Ruger 57s from Fort Thompson in Sherwood, Arkansas, which was confirmed by ATF Form 4473.

84.     On August 15, 2021, CHRISTOPHER ALAN KNIGHT texted JAMES WILSON BARRETT, "Bro you got lucky .. I got the last 12 of the 14 he had left,. and 44 total boxes of ammo .. I'd got the other 2 but i ran out of cash."

85.     On August 16, 2021, JAMES WILSON BARRETT sent CHRISTOPHER ALAN KNIGHT $2,000 on CashApp.

86.     On August 16, 2021, JAMES WILSON BARRETT sent CHRISTOPHER ALAN KNIGHT $500 on Zelle.

87.     On August 17, 2021, JAMES WILSON BARRETT texted CHRISTOPHER ALAN KNIGHT, "Yes sir just making sure you got the 2500, 500 by zelle and 2000 by cash app."

88.     On August 25, 2021, CHRISTOPHER ALAN KNIGHT texted JAMES WILSON BARRETT, "2-G27-725 ea, G-30-789, G-19-629, 3-baby 380-510ea Total 4398+12,240=16,638." JAMES WILSON BARRETT responded, "Beautiful. Hey do you have any 380 candy."

89.     On August 25, 2021, CHRISTOPHER ALAN KNIGHT purchased two Glock 27s, one Glock 30, and one Glock 19 from Fort Thompson Sporting Goods in Sherwood, Arkansas,

which was confirmed by ATF Form 4473.

90.    On August 25, 2021, AMBER VICTORIA KOCH purchased two Ruger 380s from Academy in Sherwood, Arkansas, which was confirmed by ATF Form 4473.

91.    On August 30, 2021, JAMES WILSON BARRETT texted CHRISTOPHER ALAN KNIGHT, "Hey bro just sent you that balance 1823, cash app."

92.    On August 30, 2021, JAMES WILSON BARRETT sent CHRISTOPHER ALAN KNIGHT $1,823 on Cash App.

93.    On August 31, 2021, CHRISTOPHER ALAN KNIGHT texted JAMES WILSON BARRETT, "Hey bro I got 500 from a guy named elvin .. you know him." JAMES WILSON BARRETT responded, "Yes and more is coming bro."

94.    On August 31, 2021, ELVIN ANDERSON III sent two payments of $500 on CashApp to CHRISTOPHER ALAN KNIGHT with the comment "registration" and "car note."

95.    On August 31, 2021, CHRISTOPHER ALAN KNIGHT texted JAMES WILSON BARRETT a photograph of a hotel in Oklahoma to meet.

96.    On August 31, 2021, CHRISTOPHER ALAN KNIGHT transported and caused firearms to be transported to JAMES WILSON BARRETT in Oklahoma.

97.    On August 31, 2021, CHRISTOPHER ALAN KNIGHT texted JAMES WILSON BARRETT, "How much in all is that guy supposed to send me ? Iv got 1k so far." JAMES WILSON BARRETT responded, "It's going to be 2900 total." CHRISTOPHER ALAN KNIGHT responded, "Have him send the remaining balance.. all needs to be collected by the time yall burn back out."

98.    On September 1, 2021, ELVIN ANDERSON III sent $1,400 on CashApp to CHRISTOPHER ALAN KNIGHT with the comment "rent."

99.    On September 26, 2021, CHRISTOPHER ALAN KNIGHT texted JAMES WILSON BARRETT, "Gonna need that cheese by tomorrow or we gonna run out time on that deal .. she is gonna go get them Tuesday." JAMES WILSON BARRETT responded, "Yes sir I am on it."

100.    On September 28, 2021, CHRISTOPHER ALAN KNIGHT texted JAMES WILSON BARRETT a photograph that listed "15=5.7 =$12,150, 5=380=2,125, 2=27=1,320, 2=19=1,300, 5.7 candy 44 boxes 2,640."

101.    On September 29, 2021, AMBER VICTORIA KOCH purchased sixteen Ruger 57s from Fort Thompson in Sherwood, Arkansas, which was confirmed by ATF Form 4473.

102.    On October 4, 2021, CHRISTOPHER ALAN KNIGHT texted JAMES WILSON BARRETT, "Still have not got anything from your buddy .. need that ASAP please." On October 5, 2021, JAMES WILSON BARRETT responded, "Hey bud I know your probably sleeping, but I'll hit you tomorrow, real brief infant [MYLES SHANE MAULTSBY] got stuck in Vegas, and probably be home Wednesday, ill fill you in when I wake up."

103.    On October 19, 2021, MYLES SHANE MAULTSBY sent $1,000 to CHRISTOPHER ALAN KNIGHT on Venmo with the note "The Knight Himself!"

104.    On October 20, 2021, JAMES WILSON BARRETT sent CHRISTOPHER ALAN KNIGHT $1,000 on Zelle.

105.    On October 22, 2021, MYLES MAULTSBY sent $1,000 to CHRISTOPHER ALAN KNIGHT on Venmo with the note "Friday."

106.    On October 23, 2021, JAMES WILSON BARRETT sent CHRISTOPHER ALAN KNIGHT $1,000 on Zelle.

107.    On October 25, 2021, CHRISTOPHER ALAN KNIGHT purchased three Ruger 380 pistols from Bob's Guns and Sporting Goods in Mountain Home, Arkansas, which was

confirmed by ATF Form 4473.

108.   On October 25, 2021, CHRISTOPHER ALAN KNIGHT texted JAMES WILSON BARRETT a photograph that depicted:

```
5.7 candy=2040
4 380=1700
2 19=1330
1 27=670
5 5.7=4,050
9,790
10 5.7 8,100
```

109.   On October 25, 2021, JAMES WILSON BARRETT texted CHRISTOPHER ALAN KNIGHT, "Is it possible for you to meet me in Dallas?" CHRISTOPHER ALAN KNIGHT responded, "It is possible I can sat .. if we can meet halfway between here and Dallas." CHRISTOPHER ALAN KNIGHT later sends, "Presscott Arkansas .. would give you a 3hr drive and me a 3hr and 40 min drive."

110.   On October 27, 2021, JAMES WILSON BARRETT sent CHRISTOPHER ALAN KNIGHT $2,000 on Zelle.

111.   On October 28, 2021, CHRISTOPHER ALAN KNIGHT texted JAMES WILSON BARRETT, "Your outstanding balance is 2090, and his is 6100 as of right now 10/28/21."

112.   On October 28, 2021, JAMES WILSON BARRETT sent CHRISTOPHER ALAN KNIGHT $1,000 on Zelle.

113.   On October 28, 2021, JAMES WILSON BARRETT texted CHRISTOPHER ALAN KNIGHT, "Yes sir imma send. 3000 tonight. Infant [MYLES SHANE MAULTSBY] has 3000 more also."

114.   On October 28, 2021, MYLES SHANE MAULTSBY sent $1,000 to CHRISTOPHER ALAN KNIGHT on Venmo.

115.    On October 29, 2021, CHRISTOPHER ALAN KNIGHT texted JAMES WILSON BARRETT, "How early you thinkn sat? 11,700 is what I have .. 17,890 was grand total. Remaining balance is 6190." JAMES WILSON BARRETT responded, "How much did you get from infant [MYLES SHANE MAULTSBY] bro?" CHRISTOPHER ALAN KNIGHT sent a photograph of Venmo transactions indicating MYLES SHANE MAULTSBY sent $1,000 on October 19, $1,000 on October 22, and $1,000 on October 28. CHRISTOPHER ALAN KNIGHT then responded, "Iv only got 3k from him."

116.    On October 29, 2021, CHRISTOPHER ALAN KNIGHT texted JAMES WILSON BARRETT, "Just got your cash app."

117.    On October 29, 2021, JAMES WILSON BARRETT sent CHRISTOPHER ALAN KNIGHT $2,000 on CashApp.

118.    On November 1, 2021, JAMES WILSON BARRETT texted CHRISTOPHER ALAN KNIGHT, "Hey bro did infant [MYLES SHANE MAULTSBY] send that 1500 yet?" CHRISTOPHER ALAN KNIGHT responded, "let me look. No sir. Ok got the 1500 from Him.."

119.    On November 1, 2021, MYLES SHANE MAULTSBY sent $1,500 to CHRISTOPHER ALAN KNIGHT on Venmo with the note "Job Done."

120.    On November 2, 2021, CHRISTOPHER ALAN KNIGHT transported and caused firearms to be transported to JAMES WILSON BARRETT in Arkansas.

121.    On December 14, 2021, CHRISTOPHER ALAN KNIGHT texted JAMES WILSON BARRETT, "Send me that list brother." JAMES WILSON BARRETT responded, "10-5.7s, 1-G-19, 2-G-27, 1-G-21" and "Imma have about 4 or 5 more." JAMES WILSON BARRETT then texted, "Just sent you 2200 bro."

122.    On December 14, 2021, JAMES WILSON BARRETT sent CHRISTOPHER ALAN KNIGHT $2,200 on Zelle.

123.   On December 15, 2021, CHRISTOPHER ALAN KNIGHT texted JAMES WILSON BARRETT, "Found a place that's got your whole list..they are holding it for me till tomorrow..the 5.7 are 880 each.. I did talk them down since I'm getting 9 of them." JAMES WILSON BARRETT responded, "Would 10 make it better." CHRISTOPHER ALAN KNIGHT responded, "Idk I'd have to ask tomorrow.. there is no deal going on like the last ones I was gettn." JAMES WILSON BARRETT responded, "That's kinda dipping into my small prophet [sic]." CHRISTOPHER ALAN KNIGHT responded, "You know I'll try and work with ya brother.. how much you selling them for and I'll see if I can do anything diff." JAMES WILSON BARRETT responded, "1000."

124.   On December 15, 2021, CHRISTOPHER ALAN KNIGHT texted JAMES WILSON BARRETT a photograph of two firearms and stated, "I have 2 toys on hand iv been saving for you if you may be interested.. Smith and Wesson 45 cal.. good little throw away gun. Smith and Wesson stainless 38 spl performance center.. top of the line from smith and Wesson" and "400 for the 45 cal and 600 for the hammerless." JAMES WILSON BARRETT responded, "I'll definitely take the 45 and let me a sale for that 38." CHRISTOPHER ALAN KNIGHT responded, "Let you what?" JAMES WILSON BARRETT responded, "Let me get someone to buy the 38."

125.   On December 16, 2021, CHRISTOPHER ALAN KNIGHT texted JAMES WILSON BARRETT, "All are in my position [sic] ready for cash."

126.   On December 17, 2021, JAMES WILSON BARRETT sent CHRISTOPHER ALAN KNIGHT $4,000 on CashApp.

127.   On December 20, 2021, JAMES WILSON BARRETT texted CHRISTOPHER ALAN KNIGHT, "Hey bro check your capp and zelle."

128.    On December 21, 2021, JAMES WILSON BARRETT sent CHRISTOPHER ALAN KNIGHT $3,000 on CashApp.

129.    On December 21, 2021, JAMES WILSON BARRETT sent CHRISTOPHER ALAN KNIGHT $1,000 on Zelle.

130.    On December 24, 2021, JAMES WILSON BARRETT texted CHRISTOPHER ALAN KNIGHT, "Hey lil bro can you send me a current list of the total count of items and the new total when you get a chance thanks I'll have more 4000 to you some how tomorrow." CHRISTOPHER ALAN KNIGHT responded, "Total count is 25 items Total $ for new list is 5300." JAMES WILSON BARRETT responded, "Can you break it down like this again. I'm missing one, lol." CHRISTOPHER ALAN KNIGHT responded with a photograph of a handwritten list that depicted:

```
10-5.7 at 865.00=8650
1-G-19 650 = 650
2-G-27 650 = 1300
1-G-21 650 = 650
1 PMR30 675 = 675
1 S&W45 400 = 400
Total 16 12,325.00
Paid 8000

1 Springfield 45 800 (checkmark)
1 Kel-Tec 9mm 350 (checkmark)
1 G-19 650
II G-26 650* x 2 1300 (checkmark)
G-19 650*
G27 or 23 650* (checkmark)
2 380max 450 x 2 900*
Total 9 5,300

2850 owe now
2450 once get Home
```

CHRISTOPHER ALAN KNIGHT then texts, "The ones with the check marks by it are the ones you will have to pay for once you get back home .. and the ones with the little stars by it are the ones I still have to pick up."

131.   On December 26, 2021, CHRISTOPHER ALAN KNIGHT texts JAMES WILSON BARRETT, "Hey bro how about Wednesday? We meet." JAMES WILSON BARRETT responds, "Sounds good" and "Just send me a meeting point." CHRISTOPHER ALAN KNIGHT responds, "Let meet in the same place as last time." JAMES WILSON BARRETT responds, "Whats that, you know I'm old lmao." CHRISTOPHER ALAN KNIGHT responds with a picture of a gas station in Prescott, Arkansas.

132.   On December 28, CHRISTOPHER ALAN KNIGHT texts JAMES WILSON BARRETT, "I have to pick up the rest at 9 in the morning.. then it's couple more hrs for me to get to the meeting stop.. so I should be there around 1130 to 12."

133.   On December 28, 2021, JAMES WILSON BARRETT sent CHRISTOPHER ALAN KNIGHT $4,000 on CashApp.

134.   On December 29, 2021, JAMES WILSON BARRETT texts CHRISTOPHER ALAN KNIGHT, "Hey bro how are you looking." CHRISTOPHER ALAN KNIGHT responds, "At gun store be in right soon as they get done with me and check out."

135.   On December 29, 2021, AMBER VICTORIA KOCH purchased two Glock 26s, one Glock 27, one Glock 19, and one Ruger LCPmax (380) from Fort Thompson in Sherwood, Arkansas, which was confirmed by ATF Form 4473.

136.   On December 29, 2021, CHRISTOPHER ALAN KNIGHT and AMBER VICTORIA KOCH transported or caused firearms to be transported to JAMES WILSON BARRETT in Arkansas.

137.   On January 4, 2022, JAMES WILSON BARRETT texted CHRISTOPHER ALAN KNIGHT, "Hey bro, need a price on F&N 5.7s." CHRISTOPHER ALAN KNIGHT responded, "I'll make a call today." JAMES WILSON BARRETT responded, "Cool." CHRISTOPHER ALAN KNIGHT responded, "Not cheap bro .. 1250."

138.   On January 8, 2022, JAMES WILSON BARRETT texted CHRISTOPHER ALAN KNIGHT, "Hey what's the ticket on a G-357?" CHRISTOPHER ALAN KNIGHT responds, "Not sure .. I'll find out tomorrow."

139.   On January 17, 2022, JAMES WILSON BARRETT texted CHRISTOPHER ALAN KNIGHT, "What's bro, hey question, can you get G-18s and if so how much?" CHRISTOPHER ALAN KNIGHT responds, "That's the one you asked me about while back wasn't it?" and "I can't get them they are for police only."

140.   On February 27, 2022, CHRISTOPHER ALAN KNIGHT texted JAMES WILSON BARRETT a photograph of multiple firearms and a photograph of a list that contains the following:

Glock 17
Glock 45
Glock 48
Glock 19
Glock 22
Glock 19x
Smith and Wesson 40
Springfield 45 acp
FN45

JAMES WILSON BARRETT responds, "And I want them all what's the ticket." CHRISTOPHER ALAN KNIGHT responds, "4750 best deal that's case around in a while so passing it on to you my brother."

141.   On May 2, 2022, CHRISTOPHER ALAN KNIGHT texts JAMES WILSON BARRETT, "Hey bro ima need that cheese this week .. I'll be leaving for work Sunday .. I also got 3 more .. 17, 19, 48. For 1800 more that makes your total 6,550."

142.   On May 4, 2022, CHRISTOPHER ALAN KNIGHT texts JAMES WILSON BARRETT, "Hey bro .. need to send that check out asap today .. so I get it befor I leave please .. have to pay the man by Sunday befor I leave."

143.    On May 5, 2022, CHRISTOPHER ALAN KNIGHT texts JAMES WILSON BARRETT, "Christopher Alan knight, Mountain View Arkansas, [KNIGHT's phone number]." JAMES WILSON BARRETT responds with a photograph of a receipt from MoneyGram on May 5, 2022, listing the sender as JAMES BARRETT, [Address, Long Beach, California] and the recipient information as CHRISTOPHER KNIGHT.  Records received from MoneyGram indicate the amount was $3,000.

144.    On May 6, 2022, JAMES WILSON BARRETT texts CHRISTOPHER ALAN KNIGHT, "Call me when you get a chance, my girl is going to send you 3000 in about an hour or so."

145.    On May 7, 2022, JAMES WILSON BARRETT texts CHRISTOPHER ALAN KNIGHT a photograph of a receipt from MoneyGram on May 7, 2022, listing the sender as DANYELLE SHANNON DOTSON, [address, Gardena, CA] and the recipient information as CHRISTOPHER KNIGHT.  CHRISTOPHER ALAN KNIGHT responded, "How much did she send?"  JAMES WILSON BARRETT responded, "2500."  CHRISTOPHER ALAN KNIGHT responded, "Hey tell your girl she has to call that # and answer some security questions .. befor I can get the money."  CHRISTOPHER ALAN KNIGHT sent a photograph of phone number 1-800-666-3947 (which returns to MoneyGram).  JAMES WILSON BARRETT responds, "Call me back, but your good to go."  Records received from MoneyGram indicate the amount was $2,500.

146.    On May 8, 2022, CHRISTOPHER ALAN KNIGHT texts JAMES WILSON BARRETT, "Amber Koch, [phone number], Mountain home Arkansas."  On May 9, 2022, CHRISTOPHER ALAN KNIGHT texts JAMES WILSON BARRETT, "Did you send it yet brother."  On May 12, 2022, JAMES WILSON BARRETT responds with a photograph of a female hand holding a receipt with the sender as DANYELLE DOTSON, [address, Gardena, California], and the recipient as Amber Koch.  Records received from MoneyGram indicate the amount was

$1,050.

147.    On May 17, 2022, JAMES WILSON BARRETT texts CHRISTOPHER ALAN KNIGHT, "Hey lil bro I need a ticket for 10 pmr-30s and how long it will take to get them." CHRISTOPHER ALAN KNIGHT responds, "3130 PMR 30, 4325 5.7, Total 7455." CHRISTOPHER ALAN KNIGHT later texts, "5278 Old Arkana Rd, Mountain Home, AR 72653. Make check out to Amber Koch." JAMES WILSON BARRETT responds, "Gotcha" and sends a photograph of a cashier's check made out to Amber Koch for $5,000 with the remitter listed as James Barrett with a date of May 18, 2022.

148.    On May 18, 2022, JAMES WILSON BARRETT texts CHRISTOPHER ALAN KNIGHT, "Hey bro just got another order for 2 more 5.7s" and "Make that 3 more lol, they going fast."

149.    On May 18, 2022, JAMES WILSON BARRETT texts CHRISTOPHER ALAN KNIGHT, "Imma send another 3500, just keep me posted on the total." JAMES WILSON BARRETT then texts a photograph of a cashier's check made out to Amber Koch for $3,500 with the remitter listed as James Barrett with a date of May 19, 2022.

150.    On May 19, 2022, JAMES WILSON BARRETT texts CHRISTOPHER ALAN KNIGHT a photograph of a Canik pistol and stated, "Can you get these and if so how much?" CHRISTOPHER ALAN KNIGHT responds, "Yea should be able to" and "I'll call tomorrow and find out." On May 20, 2022, CHRISTOPHER ALAN KNIGHT texts JAMES WILSON BARRETT a photograph of a Canik pistol. JAMES WILSON BARRETT responds, "Yep." CHRISTOPHER ALAN KNIGHT responded, "$530.00"

151.    On May 21, 2022, JAMES WILSON BARRETT texts CHRISTOPHER ALAN KNIGHT, "Hey lil bro if you can please add a G-23 and 2 more 5.7s, please." Later, JAMES WILSON BARRETT texts CHRISTOPHER ALAN KNIGHT, "Hey lil bro cancel those last two

5.7s."

152.    On May 24, 2022, JAMES WILSON BARRETT texts CHRISTOPHER ALAN KNIGHT, "Hey there lil bro, can you possibly get a G-27" and "If so how much." CHRISTOPHER ALAN KNIGHT responds, "I'll have to see tomorrow on the .27" and "So besides the 10 you told me about you want a 27 and one 23." JAMES WILSON BARRETT responds, "Yes sir and the 3 extra 5.7s" and "Should be 27 pieces total" and "12, 10, 3, and 2." Later that day, CHRISTOPHER ALAN KNIGHT texts JAMES WILSON BARRETT, "Have to call about the 27 and 23 .. and I'll know what your remaining balance is tomorrow." JAMES WILSON BARRETT later texts, "Hey cancel the 27 just the 23 and 57s." Later that day, CHRISTOPHER ALAN KNIGHT texts, "So you want 8 5.7, 5 PMR 30, 1 g23" and "Tryn to make sure my # are right." JAMES WILSON BARRETT responds, "Correct, and one more pmr30."

153.    On May 26, 2022, AMBER VICTORIA KOCH purchased five Ruger 57s and six Kel-Tec PMR 30s from Fort Thompson Sporting Goods in Sherwood, Arkansas, which was confirmed by ATF Form 4473.

154.    On May 27, 2022, AMBER VICTORIA KOCH purchased two Ruger 57s from Oracheln Farm and Home in Mountain Home, Arkansas, which was confirmed by ATF Form 4473.

155.    On May 30, 2022, CHRISTOPHER ALAN KNIGHT texts JAMES WILSON BARRETT, "I will send you the address to the house I'm staying at can you be there around four or five tomorrow evening?" The house was located in Oklahoma. On May 31, 2022, CHRISTOPHER ALAN KNIGHT transported or caused firearms to be transported to JAMES WILSON BARRETT in Arkansas.

156.    On June 4, 2022, CHRISTOPHER ALAN KNIGHT texts JAMES WILSON BARRETT "5.7-8x865=6920, PMR-6x620=3720, G23-  =625, Total 11,265, Iv collected 10,000, still owed 1,265."   On September 8, 2022, CHRISTOPHER ALAN KNIGHT texts JAMES WILSON BARRETT, "Hey when ya plan on sending the remainder brother."

157.    On September 29, 2022, JAMES WILSON BARRETT texts CHRISTOPHER ALAN KNIGHT a photograph of a Kel-Tec P50 and asks "How much for this little bro?" CHRISTOPHER ALAN KNIGHT later texts that the price is "1465."

158.    On October 28, 2022, JAMES WILSON BARRETT texted CHRISTOPHER ALAN KNIGHT, "Top of the morning bro, hey what's the zelle number I'm sending to." CHRISTOPHER ALAN KNIGHT responded, "[phone number]." JAMES WILSON BARRETT responded, "Hey it only let me send a 1000 I'll send 300 more tomorrow bro."   On October 28, 2022, JAMES WILSON BARRETT sent $650 to CHRISTOPHER ALAN KNIGHT on CashApp. On October 29, 2022, JAMES WILSON BARRETT sent $650 to CHRISTOPHER ALAN KNIGHT on CashApp.

159.    On January 28, 2023, JAMES WILSON BARRETT texted CHRISTOPHER ALAN KNIGHT, "Wish list G-19, G-20, G-23, G-30" and "And add 30 clips for each if possible." On March 1, 2023, CHRISTOPHER ALAN KNIGHT texts JAMES WILSON BARRETT a photograph of a list that depicted:

    G-19 605.00 x3 1,800
    G-20 650.00
    G-23 600.00
    F-30 650.00

    MAGS
    G-19 50rd 150.00
    G-20 30rd 40.00
    G-23 50rd 150.00
    G-30 40rd 150.00
    $4190.00

160.    On March 5, 2023, CHRISTOPHER ALAN KNIGHT texts JAMES WILSON BARRETT a photograph of a list that depicted:

G-19x2=600 = 1200
G-20 650
G-21 650
G-22 650
Sig 250 650
G-17 +650
4450

CHRISTOPHER ALAN KNIGHT also texted "This is what I have with me .. i wasn't able to get any of the other ones on the list today .. I'll have to get them next weekend .. then we can link up end of the month.. if you can bring the 4450 then next time we link up the remainder will 2340." "The 2340 is your other g19, g23, g30, and the mags you wanted." CHRISTOPHER ALAN KNIGHT then texted, "This is what will be left" and sent a photograph that depicted:

G-19 – 600
G-23 600
G-30 650
G-19 50rd 150
G-20 30rd 40
G-23 50rd 150
G-30 40rd 150
2340

JAMES WILSON BARRETT responded, "For sure I can do the 4400 when see you."

161.    On March 11, 2023, CHRISTOPHER ALAN KNIGHT texts JAMES WILSON BARRETT, "Hey bro .. I have been all over the place tryn to come up with the last 3 and Iv had not luck.. or the ones Iv found was much higher than  my one place I get them .. so ima have to try again at a later date." JAMES WILSON BARRETT responded, "10 4" and "Well just put those on pause for now, no problem."

162.    On March 12, 2023, CHRISTOPHER ALAN KNIGHT transported and caused firearms to be transported to JAMES WILSON BARRETT in Oklahoma.

All in violation of Title 18, United States Code, Section 371.

## COUNT TWO

Between in or about May 2020, through in or about September 2020, in the Eastern District of Arkansas, and elsewhere, the defendants,

CHRISTOPHER ALAN KNIGHT,
JAMES WILSON BARRETT, and
MYLES SHANE MAULTSBY, aka Infant,

aiding and abetting one another, not being licensed importers, manufacturers, dealers, and collectors of firearms, within the meaning of Chapter 44, Title 18, United States Code, did willfully transfer, trade, give, transport, and deliver firearms to a person other than a licensed importer, licensed manufacturer, licensed dealer, and licensed collector of firearms, knowing and with reasonable cause to believe, that said person was not then residing in the same state as the defendant.

All in violation of Title 18, United States Code, Sections 922(a)(5).

## COUNT THREE

Between on or about September 8, 2020, to on or about December 3, 2020, in the Eastern District of Arkansas, and elsewhere, the defendants,

CHRISTOPHER ALAN KNIGHT,
JAMES WILSON BARRETT, and
AMBER VICTORIA KOCH,

aiding and abetting one another, not being licensed importers, manufacturers, dealers, and collectors of firearms, within the meaning of Chapter 44, Title 18, United States Code, did willfully transfer, trade, give, transport, and deliver firearms to a person other than a licensed importer, licensed manufacturer, licensed dealer, and licensed collector of firearms, knowing and with reasonable cause to believe, that said person was not then residing in the same state as the defendant.

All in violation of Title 18, United States Code, Sections 922(a)(5) and 2.

**COUNT FOUR**

On or about December 8, 2020, to on or about January 20, 2021, in the Eastern District of Arkansas, and elsewhere, the defendants,

CHRISTOPHER ALAN KNIGHT,
JAMES WILSON BARRETT,
AMBER VICTORIA KOCH, and
DENNIS BAILEY,

aiding and abetting one another, not being licensed importers, manufacturers, dealers, and collectors of firearms, within the meaning of Chapter 44, Title 18, United States Code, did willfully transfer, trade, give, transport, and deliver firearms to a person other than a licensed importer, licensed manufacturer, licensed dealer, and licensed collector of firearms, knowing and with reasonable cause to believe, that said person was not then residing in the same state as the defendant.

All in violation of Title 18, United States Code, Sections 922(a)(5) and 2.

**COUNT FIVE**

On or about January 22, 2021, to on or about February 11, 2021, in the Eastern District of Arkansas, and elsewhere, the defendants,

CHRISTOPHER ALAN KNIGHT,
JAMES WILSON BARRETT, and
AMBER VICTORIA KOCH,

aiding and abetting one another, not being licensed importers, manufacturers, dealers, and collectors of firearms, within the meaning of Chapter 44, Title 18, United States Code, did willfully transfer, trade, give, transport, and deliver firearms to a person other than a licensed importer, licensed manufacturer, licensed dealer, and licensed collector of firearms, knowing and with reasonable cause to believe, that said person was not then residing in the same state as the defendant.

All in violation of Title 18, United States Code, Sections 922(a)(5) and 2.

## COUNT SIX

On or about February 15, 2021, to on or about June 4, 2021, in the Eastern District of Arkansas, and elsewhere, the defendants,

CHRISTOPHER ALAN KNIGHT,
JAMES WILSON BARRETT,
AMBER VICTORIA KOCH, and
LORENSO ANTIONUS SPENCER,

aiding and abetting one another, not being licensed importers, manufacturers, dealers, and collectors of firearms, within the meaning of Chapter 44, Title 18, United States Code, did willfully transfer, trade, give, transport, and deliver firearms to a person other than a licensed importer, licensed manufacturer, licensed dealer, and licensed collector of firearms, knowing and with reasonable cause to believe, that said person was not then residing in the same state as the defendant.

All in violation of Title 18, United States Code, Sections 922(a)(5) and 2.

## COUNT SEVEN

On or about June 5, 2021, to on or about August 13, 2021, in the Eastern District of Arkansas, and elsewhere, the defendants,

CHRISTOPHER ALAN KNIGHT,
JAMES WILSON BARRETT, and
AMBER VICTORIA KOCH,

aiding and abetting one another, not being licensed importers, manufacturers, dealers, and collectors of firearms, within the meaning of Chapter 44, Title 18, United States Code, did willfully transfer, trade, give, transport, and deliver firearms to a person other than a licensed importer, licensed manufacturer, licensed dealer, and licensed collector of firearms, knowing and with reasonable cause to believe, that said person was not then residing in the same state as the defendant.

All in violation of Title 18, United States Code, Sections 922(a)(5) and 2.

## COUNT EIGHT

On or about August 14, 2021, to on or about September 2, 2021, in the Eastern District of Arkansas, and elsewhere, the defendants,

CHRISTOPHER ALAN KNIGHT,
JAMES WILSON BARRETT,
AMBER VICTORIA KOCH, and
ELVIN ANDERSON III,

aiding and abetting one another, not being licensed importers, manufacturers, dealers, and collectors of firearms, within the meaning of Chapter 44, Title 18, United States Code, did willfully transfer, trade, give, transport, and deliver firearms to a person other than a licensed importer, licensed manufacturer, licensed dealer, and licensed collector of firearms, knowing and with reasonable cause to believe, that said person was not then residing in the same state as the defendant.

All in violation of Title 18, United States Code, Sections 922(a)(5) and 2.

## COUNT NINE

On or about September 26, 2021, to on or about December 11, 2021, in the Eastern District of Arkansas, and elsewhere, the defendants,

CHRISTOPHER ALAN KNIGHT,
JAMES WILSON BARRETT,
AMBER VICTORIA KOCH, and
MYLES SHANE MAULTSBY, aka Infant,

aiding and abetting one another, not being licensed importers, manufacturers, dealers, and collectors of firearms, within the meaning of Chapter 44, Title 18, United States Code, did willfully transfer, trade, give, transport, and deliver firearms to a person other than a licensed importer, licensed manufacturer, licensed dealer, and licensed collector of firearms, knowing and with reasonable cause to believe, that said person was not then residing in the same state as the defendant.

All in violation of Title 18, United States Code, Sections 922(a)(5) and 2.

## **COUNT TEN**

On or about December 14, 2021, to on or about December 29, 2021, in the Eastern District of Arkansas, and elsewhere, the defendants,

CHRISTOPHER ALAN KNIGHT,
JAMES WILSON BARRETT, and
AMBER VICTORIA KOCH,

aiding and abetting one another, not being licensed importers, manufacturers, dealers, and collectors of firearms, within the meaning of Chapter 44, Title 18, United States Code, did willfully transfer, trade, give, transport, and deliver firearms to a person other than a licensed importer, licensed manufacturer, licensed dealer, and licensed collector of firearms, knowing and with reasonable cause to believe, that said person was not then residing in the same state as the defendant.

All in violation of Title 18, United States Code, Sections 922(a)(5) and 2.

## **COUNT ELEVEN**

On or about January 4, 2022, to on or about November 17, 2022, in the Eastern District of Arkansas, and elsewhere, the defendants,

CHRISTOPHER ALAN KNIGHT,
JAMES WILSON BARRETT,
AMBER VICTORIA KOCH, and
DANYELLE SHANNON DOTSON,

aiding and abetting one another, not being licensed importers, manufacturers, dealers, and collectors of firearms, within the meaning of Chapter 44, Title 18, United States Code, did willfully transfer, trade, give, transport, and deliver firearms to a person other than a licensed importer, licensed manufacturer, licensed dealer, and licensed collector of firearms, knowing and with reasonable cause to believe, that said person was not then residing in the same state as the defendant.

All in violation of Title 18, United States Code, Sections 922(a)(5) and 2.

## COUNT TWELVE

On or about November 17, 2022, to on or about May 11, 2023, in the Eastern District of Arkansas, and elsewhere, the defendants,

CHRISTOPHER ALAN KNIGHT, and
JAMES WILSON BARRETT,

aiding and abetting one another, not being licensed importers, manufacturers, dealers, and collectors of firearms, within the meaning of Chapter 44, Title 18, United States Code, did willfully transfer, trade, give, transport, and deliver firearms to a person other than a licensed importer, licensed manufacturer, licensed dealer, and licensed collector of firearms, knowing and with reasonable cause to believe, that said person was not then residing in the same state as the defendant.

All in violation of Title 18, United States Code, Sections 922(a)(5) and 2.

## FORFEITURE ALLEGATION ONE

Upon conviction of Counts 1 through 12 of this Indictment, the defendants, CHRISTOPHER ALAN KNIGHT, JAMES WILSON BARRETT, aka Iceman, AMBER VICTORIA KOCH, MYLES SHANE MAULTSBY, aka Infant, DENNIS R. BAILEY, ELVIN ANDERSON III, LORENSO ANTIONUS SPENCER, and DANYELLE SHANNON DOTSON, shall forfeit to the United States, under Title 18, United States Code, Section 924(d), Title 21, United States Code, Section 853, and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in the commission of the offense.

(END OF TEXT. SIGNATURE PAGE ATTACHED).

☐   NO TRUE BILL.                  ☑        TRUE BILL.

## REDACTED SIGNATURE

FOREPERSON OF THE GRAND JURY

JONATHAN D. ROSS
UNITED STATES ATTORNEY

By KRISTIN H BRYANT
AR Bar Number 2009156
Assistant U.S. Attorney
P.O. Box 1229
Little Rock, AR 72203
Telephone: (501) 340-2600
E-mail: Kristin.Bryant@usdoj.gov